UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ACE AMERICAN INSURANCE COMPANY, Plaintiff, v. OLD REPUBLIC GENERAL INSURANCE CORPORATION, et al., Defendants. | Case No. 20-cv-00482-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 15 |
|---|---|

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that the alleged claims against defendants AmTrust North America, Inc. and AmTrust Financial Services are dismissed **without** prejudice. The other defendants remain in this case.

Dated: March 22, 2020



WILLIAM H. ORRICK
United States District Judge